UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LIANAMALIA LILIAOKAWAILANI CUNNINGHAM,<br><br>      Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | CASE NO. 3:24-cv-05903-TL<br><br>ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

  This is an action for administrative review of the denial of Social Security disability benefits. This matter is before the Court on Plaintiff Lianamalia Liliaokawailani Cunningham's Application to Proceed *In Forma Pauperis*. Dkt. No. 1; *see also* Dkt. No. 2-1 (updated application).

  Having reviewed the application, Plaintiff's motion is GRANTED. It is hereby ORDERED:

  (1)  The Supplemental Social Security Rules of the Federal Rules of Civil Procedure

      provide that because Plaintiff has electronically filed a complaint seeking review

under 42 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service.

(2)    The Clerk SHALL notify Defendant this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

(3)    No later than **seven (7) days** following the Court's notification to the Commissioner of the commencement of the action as provided for in this Order, Plaintiff SHALL provide the United States Attorney's Office with Plaintiff's full name and Social Security number (or in the alternative, Plaintiff's Beneficiary Notice Code), either by email to USAWAW.SSAClerk@usdoj.gov or delivery, by hand or mail, to "SSA Clerk Civil Division" at 700 Stewart Street, Suite 5220, Seattle, WA 98101.

(4)    Defendant SHALL file a certified copy of the Administrative Record and any affirmative defenses **within sixty (60) days** of the date of this Order.

Dated this 7th day of November 2024.

Tana Lin
United States District Judge