IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LIANAMALIA LILIAOKAWAILANI CUNNINGHAM,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:24-CV-05903-TL<br><br><br>ORDER |

Based upon the parties' Stipulated Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulated Motion to Remand.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED: March 27, 2025

Tana Lin
United States District Judge

Page 1   ORDER
         3:24-CV-05903-TL

Presented by:

*s/ Melissa A. DelGuercio*
Melissa A. DelGuercio
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (410) 965-6175
Email: melissa.a.delguercio@ssa.gov