IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LIANAMALIA LILIAOKAWAILANI CUNNINGHAM,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:24-cv-05903-TL<br><br><br>JUDGMENT |

    IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant the parties' Stipulated Motion to Remand.

    JUDGMENT is entered for Plaintiff, and this case is closed.

DATED: March 27, 2025

                                               Tana Lin
                                               United States District Judge

Page 1    JUDGMENT
            3:24-CV-05903-TL

Presented by:

*s/ Melissa A. DelGuercio*
Melissa A. DelGuercio
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (410)965-6175
Email: melissa.a.delguercio@ssa.gov

Page 2     JUDGMENT
           3:24-CV-05903-TL