IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LIANAMALIA LILIAOKAWAILANI CUNNINGHAM,<br>　　　　　　　Plaintiff<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　　　Defendant | Case No.  3:24-CV-05903-TL<br><br>~~PROPOSED~~ ORDER FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d) |

Based on Plaintiff's unopposed motion (Dkt. No. 16) and Plaintiff's assignment of attorney fees to her attorney, it is hereby ORDERED that attorney fees in the amount of $6,300.00 shall be awarded to Plaintiff under 28 U.S.C. § 2412(d), and delivered to Plaintiff's attorney, Jordan Goddard.

If the U.S. Treasury Department determines that Plaintiff does not owe a debt that is recoverable under the Treasury Offset Program, the government will honor Plaintiff's assignment of attorney fees and pay them directly to Jordan Goddard via electronic fund transfer or check.

Dated this 21st day of May, 2025.

_____
Tana Lin
United States District Judge

Order for EAJA Fees
3:24-CV-05903-TL　　　　　　　Page 1

THE LAW OFFICES OF JORDAN GODDARD
9416 1ST AVE NE #205
SEATTLE, WA 98115-2738
(206) 631-1720

Presented by:

s/Jordan Goddard_____

**Jordan Goddard**
Attorney for Plaintiff
9416 1st Ave NE #205
Seattle, WA 98115-2738
(206) 631-1720
jordan@jordangoddardlaw.com

Order for EAJA Fees
3:24-CV-05903-TL                    Page 2

**THE LAW OFFICES OF JORDAN GODDARD**
**9416 1ST AVE NE #205**
**SEATTLE, WA 98115-2738**
**(206) 631-1720**